# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 14, 2011**

| | | |
|---|---|---|
| 29519 | Kakalia v. State | Affirmed |
| 29131 | State v. Ho | Affirmed |

**November 15, 2011**

| | | |
|---|---|---|
| 29384 | Delaney v. Immanuel Enterprises, Ltd. | Affirmed |
| 30450 | State v. Feleunga | Affirmed |

**November 21, 2011**

| | | |
|---|---|---|
| 29037 | Del Monte Fresh Produce (Hawaii), Inc. v. International Longshore and Warehouse Union, Local 142, AFL-CIO, (2006–074) | Affirmed |

**November 22, 2011**

| | | |
|---|---|---|
| 30563 | RMS Residential Properties, LLC v. Valdez | Affirmed |

**November 23, 2011**

| | | |
|---|---|---|
| 29962 | Kersh v. MarketWatch Inc. | Affirmed |

**November 28, 2011**

| | | |
|---|---|---|
| 30442 | State v. Villados | Affirmed |

**November 29, 2011**

| | | |
|---|---|---|
| CAAP–10–00 00103 | Sorino v. State | Affirmed |
| CAAP–10–00 00032 | Tamman v. Tamman | Affirmed |